United States District Court
Southern District of Texas
**ENTERED**
September 18, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| SANTOS EFRAIN LIZAMA GUZMAN, | § | |
| *Plaintiff*, | § | Case No. 4:26-cv-3850 |
| v. | § | |
| MARKWAYNE MULLIN, Secretary of the Department of Homeland Security; JOSEPH B. EDLOW, Director of the U.S. Citizenship and Immigration Services; CAROLYN KEMOKAI, Houston Field Office Director of the U.S. Citizenship and Immigration Services, | § | |
| *Defendants*. | § | |

## ORDER

The Plaintiff's request for voluntary dismissal is hereby GRANTED.

Signed on Sept. 18, 2026.

The Hon. David Hittner
U.S. District Court Judge